UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JEFFREY FARKAS, M.D., LLC,

                Plaintiff,                Case No.: 21-C V-01402-(JF)

      -against-                **DECLARATION OF**
                                                         **KENNETH C. MURPHY, ESQ.**

OMNI ADMINSTRATORS INC. d/b/a/ LEADING
EDGE ADMINISTRATORS,

                Defendants.

------------------------------------------------------------------X

       **KENNETH C. MURPHY** hereby declares the truth of the following, subject to the penalty of perjury and pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am a partner at Rivkin Radler LLP, and one of the attorneys for Omni Administrators, Inc. d/b/a Leading Edge Administrators ("**LEA**"). I was admitted to practice before the Bar in the State of New York in 1996 and before this Honorable Court in 2003.

      2.    I submit this declaration in support of LEA's motion seeking an order (a) pursuant to Rule 12(b)(6) dismissing Count I and Count II of Plaintiff's Complaint; and (b) granting LEA such other and further relief as this Court deems just and proper.

      3.    I am filing herewith and in support of LEA's a motion a memorandum of law and the exhibits attached thereto.

                                                   Respectfully Submitted,

                                                 RIVKIN RADLER LLP
                                                 Attorneys for Defendants

                                  By:  *Kenneth C. Murphy*
                                       Kenneth C. Murphy (KM 9330).
                                       926 RXR Plaza, 10th Floor
                                       Uniondale, NY 11556-0926
                                       (516) 357-3000

Uniondale, New York
Dated: May 7, 2021

5261637.v1