UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFREY FARKAS, M.D., LLC,

          Plaintiff,

-against-

LEADING EDGE ADMINISTRATORS and HCS HOME HEALTH CARE SERVICES OF NEW YORK,

          Defendants.

Index No.: 1:21-cv-01402

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Jeffrey Farkas, M.D., LLC, and Defendant Leading Edge Administrators, that this action, AS AGAINST LEADING EDGE ADMINISTRATORS ONLY, is hereby dismissed with prejudice and without attorney's fees or costs against any party.

Dated: New York, New York
       July 14, 2021

RIVKIN RADLER

_____
Kenneth Murphy
477 Madison Avenue
New York, NY 10022
516-357-3154
*Attorney for Defendant*

SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP

_____
Michael Gottlieb
444 Madison Avenue
New York, NY 10022
212-743-7000
*Attorney for Plaintiff*

1