UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JEFFREY FARKAS, M.D., LLC,                                           :
:
                    Plaintiff,       :       21-CV-1402 (JMF)
:
-v-                                                                  :       ORDER
:
LEADING EDGE ADMINISTRATORS,                                         :
:
                    Defendant.       :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The default judgment hearing currently scheduled for August 23, 2021, is hereby ADJOURNED to **August 24, 2021**, at **9:30 a.m.** All other dates and deadlines remain in effect. *See* ECF No. 30. It is further ORDERED that Plaintiff serve Defendant HCS Home Health Care Services of New York via overnight courier with a copy of this Order no later than **July 28, 2021,** and file proof of such service on the docket no later than **July 30, 2021.**

       SO ORDERED.

Dated: July 26, 2021
       New York, New York
                                                    JESSE M. FURMAN
                                             United States District Judge