UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
JEFFREY FARKAS, M.D., LLC,                                          :
:
                      Plaintiff,                          :      21-CV-1402 (JMF)
:
      -v-                                                         :      ORDER
:
HCS HOME HEALTH CARE SERVICES OF NEW    :
YORK,                                                               :
:
                      Defendant.                         :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       For avoidance of doubt, Plaintiff's amended complaint or opposition to Defendant's motion to dismiss remains due by **September 3, 2021**, *see* ECF No. 40, notwithstanding Defendant's re-filing of its motion to dismiss earlier today to comply with the Court's ECF Rules, *see* ECF Nos. 43-45.

       SO ORDERED.

Dated: August 27, 2021
       New York, New York

                                              JESSE M. FURMAN
                                         United States District Judge