**SCHWARTZ SLADKUS REICH GREENBERG ATLAS** LLP

Michael Gottlieb – Direct: 212-743-7054 – mgottlieb@ssrga.com

September 17, 2021

<u>**Via ECF**</u>
Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      **RE**:    Jeffrey Farkas, M.D., LLC v. HCS Home Health Care Services of New York and Temuri Chachua
             Docket No.:   21-01402

Dear Judge Furman,

    Kindly allow this letter to confirm that the parties have reached settlement in the above-captioned matter. As such, the parties respectfully request that the Court enter a 60-day administrative termination order. As always, we thank the Court for its courtesies in this regard.

                                 Very truly yours

                                 <u>s/Michael Gottlieb</u>
                                 Michael Gottlieb

Cc: All counsel of record via ECF